JS-6 / Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALEXANDER MAHONEY,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>R. DIAZ, Warden,<br><br>　　　　　Respondent. | Case No. SACV 13-1082-GW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 1, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GEORGE WU
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE